IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:23-CR-103

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| HAROLD VERNARD GREENE, JR. ) | |
| ELYSE ELIZABETH LOWERY ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about March 2023, the exact date being unknown to the Grand Jury and continuing up to and including on or about March 23, 2023, in the Eastern District of North Carolina, HAROLD VERNARD GREENE, JR. and ELYSE ELIZABETH LOWERY, Defendants herein, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute five hundred (500) grams or more of cocaine, a Schedule II controlled substance, in violation of the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

1

## COUNT TWO

On or about March 21, 2023, in the Eastern District of North Carolina, the defendant, HAROLD VERNARD GREENE, JR. and ELYSE ELIZABETH LOWERY, aiding and abetting each another, did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about March 21, 2023, in the Eastern District of North Carolina, the defendant HAROLD VERNARD GREENE, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

### Personal Property

a. Taurus 9mm handgun (SN: AAL072105) seized at 4807 Wrightsville Avenue, Wilmington, NC, on March 21, 2023, and all associated magazines and

ammunition.

If any of the forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 9/27/2023

MICHAEL F. EASLEY, JR.
United States Attorney

BY: N. TYLER LEMONS
Assistant United States Attorney

4