UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CR-00103-2D

| | |
|---|---|
| UNITED STATES ) | |
| ) | ORDER |
| VS. ) | |
| ) | |
| ELYSE ELIZABETH LOWERY ) | |

THIS MATTER COMING before the Court on the Defendant's motion to extend the time by which the Defendant must report to the Bureau of Prisons to begin the service of her sentence, the Court finds that good cause exists to allow the motions, and therefore, the Defendant's motion is ALLOWED.

WHEREFORE, IT IS ORDERED that the Defendant shall report to begin the service of her sentence no later than March 18, 2026. There will be no more extensions.

SO ORDERED.

This _8_ day of December, 2025.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE