UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CR-00103-2D

UNITED STATES )
 ) ORDER
VS. )
 )
ELYSE ELIZABETH LOWERY )

THIS MATTER COMING before the Court on the Defendant's motion to seal, the Court finds that good cause exists to allow the motions, and therefore, the Defendant's motion is ALLOWED.

WHEREFORE, IT IS ORDERED that the motion filed today in this case is sealed.

SO ORDERED.

This __8__ day of December, 2025.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE