IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CR-103-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELYSE ELIZABETH LOWERY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motions for compassionate release [D.E. 138, 142] not later than January 11, 2027.

SO ORDERED. This 12 day of November, 2026.

JAMES C. DEVER III
United States District Judge